**Anthony R. WEST, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–
Forrest City, Appellee.**

No. 10–1213.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 6, 2010.

Filed: July 9, 2010.

Anthony R. West, Littleton, CO, pro se.

Clarence Daniel Stripling, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Anthony Ray West appeals the district court's[1] dismissal without prejudice of his 28 U.S.C. § 2241 petition. Having carefully reviewed the record and considered West's arguments, we conclude that dismissal was proper for the reasons stated by the district court, and that the arguments raised on appeal provide no basis

[1] The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.